# IN THE SUPREME COURT OF ALABAMA



December 19, 2025

SC-2025-0515

Ex parte Akamai Technologies, Inc. PETITION FOR WRIT OF MANDAMUS (In re: Akamai Technologies, Inc. v. Intergraph Corporation d/b/a Hexagon Asset Lifecycle Intelligence Division; Infor (US), LLC; and Hexagon AB) (Madison Circuit Court: CV-23-901495).

## <u>ORDER</u>

The petition for writ of mandamus in this cause is denied.

WISE, J. -- Stewart, C.J., and Shaw, Bryan, Sellers, Mendheim, Cook, McCool, and Parker, JJ., concur.

**Witness my hand on December 19, 2025.**

**Clerk of Court,**
**Supreme Court of Alabama**